AO 442 (Rev. 11/11) Arrest Warrant

```
FILED
CLERK, U.S. DISTRICT COURT
12/1/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) |
| Vincent Ardolino | ) Case: ~~1:22-mj-00257~~ **8:22-mj-00753-DUTY** |
|  | ) Assigned To: Magistrate Judge Zia M. Faruqui |
|  | ) Assign. Date 11/21/2022 |
|  | ) Description: Complaint with Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Vincent Ardolino_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: _____11/21/2022_____

2022.11.21
14:11:56 -05'00'

_____
*Issuing officer's signature*

City and state:     Washington, D.C.        Zia M. Faruqui
                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/21/22, and the person was arrested on *(date)* 12/01/22
at *(city and state)* Huntington Beach, CA.

Date: 12/01/22

_____
*Arresting officer's signature*

Tyler Novak / Special Agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Vincent Ardolino

Known aliases:

Last known residence: 7522 Slater Ave, Suite 107, Huntington Beach, CA

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers: 714-244-2222

Place of birth:

Date of birth: 5/30/1977

Social Security number: 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

Height:                                              Weight:

Sex: Male                                            Race: White

Hair:                                                Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 588228TB3

Complete description of auto:

Investigative agency: Federal Bureau of Investigation

Investigative agency address: 11000 Wilshire Blvd #1700, Los Angeles, CA 90024

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: